In the Matter of the Application of Joseph Sikorski, Appellant, for a Peremptory Mandamus Order against The Board of Education of the City of New York, Respondent.— Order denying motion for an order of mandamus unanimously affirmed, with costs, as a matter of law and not in the exercise of discretion. No opinion. Present — Hagarty, Johnston, Adel, Taylor and Close, JJ.

Richard Klein, an Infant under the Age of Fourteen Years, by Carl Klein, His Guardian ad Litem, Appellant, v. Ramapo Park, Inc., Respondent.— Action for damages for personal injuries sustained by plaintiff, while a social visitor on the lands of the defendant, as a consequence of coming in contact with a barbed wire fence while coasting on a snow sled. Judgment dismissing the complaint unanimously affirmed, with costs. (*Higgins* v. *Mason*, 255 N. Y. 104, 108.) The case of *Barr* v. *Green* (210 N. Y. 252) is distinguishable. Present — Hagarty, Carswell, Davis, Adel and Close, JJ.

Joseph Lo Vaglio, an Infant, by His Guardian ad Litem, Charles Lo Vaglio, and Charles Lo Vaglio, Individually, Appellants, v. Ella Kahn, Respondent.*— The infant plaintiff, aged eight years, was crossing the street in front of his home when the defendant ran him down with her automobile in the middle of the street, seriously injuring him. She did not see him until she struck him, and gave no warning. It was dark at the time, and only her cowl lights, if any, were on. There was nonsuit and a dismissal of the complaint at the close of the plaintiffs' evidence. Judgment for defendant reversed on the law and a new trial granted, with costs to appellants to abide the event. The infant appellant made a *prima facie* case of negligence, and the question of his contributory negligence was one of fact for the jury. (*Hammer* v. *Bloomingdale Brothers, Inc.*, 215 App. Div. 308; 42 C. J. p. 1049 *et seq.*, and cases cited; 5 Am. Jur. p. 608.) Hagarty, Carswell, Davis, Johnston and Taylor, JJ., concur.

* See *post*, p. 902.— [Rep.